UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:11-cv-62311-WJZ

JOSE ROQUE, individually,

       Plaintiff,

v.

LEADING EDGE RECOVERY
SOLUTIONS, LLC, a foreign limited
liability company,

       Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff hereby notifies this Court that a settlement has been reached between the parties, pending final execution of settlement documents and releases.

Respectfully submitted: April 8, 2012

/s/ Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
Attorney for Plaintiff
664 East Hallandale Beach Boulevard
Hallandale, Florida 33309
Phone 954-589-0588
Fax 954-337-0666
scott@scottdowens.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8 April 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner as well as for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq.