```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 11-62311-CIV-ZLOCH
```

JOSE ROQUE,

      Plaintiff,

vs.                                                   **O R D E R**

LEADING EDGE RECOVERY
SOLUTIONS, LLC,

      Defendant.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    By a Notice Of Settlement (DE 27) filed April 8, 2012, the Court was advised that the Parties reached a settlement in this matter. By prior Order (DE 16, ¶ 17), the Court notified the Parties that, upon settlement, a Stipulation Of Dismissal must be filed in accord with Federal Rule of Civil Procedure 41(a) within ten (10) days of so notifying the Court. This deadline has long since passed.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that by <u>noon</u> on <u>Monday, April 30, 2012</u>, the Parties shall either file a Joint Stipulation Of Dismissal in accord with Federal Rule of Civil Procedure 41(a) or show good cause for why the Court should not dismiss the above-styled cause for failure to comply with the Court's prior Order (DE 16). Failure of the Parties to timely abide by the terms and conditions

of this Order will result in dismissal of the above-styled cause without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___26th___ day of April, 2012.

                                         WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel of Record