**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 0:11-cv-62311-WJZ

JOSE ROQUE, *individually*,

    Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC,
*a foreign limited liability company*,

    Defendant.
_____/

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The undersigned attorneys for Plaintiff and Defendant hereby give notice to this Honorable Court that the above-styled action is dismissed with prejudice. This Court shall reserve jurisdiction to enforce the terms of any settlement agreement. Each side shall bear their own fees and costs, except as otherwise agreed to by the parties. A proposed order is attached hereto as **Exhibit A**.

Dated: April 30, 2012

                                  Respectfully submitted,

                                  *s/ Scott D. Owens*
                                  **SCOTT D. OWENS, ESQ.**
                                  Florida Bar No.: 597651
                                  664 E. Hallandale Beach Blvd.
                                  Hallandale, Florida 33009
                                  (954) 589-0588 Phone
                                  (954) 337-0666 Fax
                                  scott@scottdowens.com
                                  *Attorney for Plaintiff*


                                  */s/ David Hartnett*
                                  DAVID HARTNETT
                                  Florida Bar No.: 946631

Hinshaw &Culbertson LLP
9155 S Dadeland Blvd., Ste. 1600
Miami, FL 33156–2741
Tel:    305–358–7747
Fax:    305–577–1063
dhartnett@hinshawlaw.com
BARBARA FERNANDEZ
Florida Bar No.: 493767
bfernandez@hinshawlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30 April 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: April 30, 2012

By: */s/ Scott D. Owens*
**SCOTT D. OWENS, ESQ.**
