UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62311-CIV-ZLOCH

JOSE ROQUE,

    Plaintiff,

vs.
                              **FINAL ORDER OF DISMISSAL**

LEADING EDGE RECOVERY
SOLUTIONS, LLC,

    Defendant.
_____/

    THIS MATTER is before the Court pursuant to the Court's Order (DE 28) previously entered herein, dated April 26, 2012, directing the Parties to file, on or before <u>noon</u> on <u>Monday, April 30, 2012</u>, their Joint Stipulation Of Dismissal or show good cause for why the Court should not dismiss the above-styled cause for failure to comply with the Court's prior Order (DE 16).  In said Order (DE 28), the Court notified the Parties that the failure to timely file the aforementioned memorandum would result in dismissal of the above-styled cause, without prejudice and without further notice or hearing.

    The Court notes that the Parties have failed to file such a Stipulation or show good cause for their failure to comply with the Court's prior Order (DE 16).  Therefore, the Court having reviewed the court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The above-styled cause be and the same is hereby **DISMISSED**; and

    2.    To the extent not otherwise disposed of herein, all

pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this  30th  day of April, 2012.

_/s/ William J. Zloch_
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

All Counsel of Record